**Order entered February 13, 2023**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-23-00126-CV

**HARTLINE BARGER LLP, Appellant**

**V.**

**DENSON WALKER PROPERTIES, LLC D/B/A
HILTON GARDEN INN DENISON/SHERMAN, Appellee**

**On Appeal from the 15th Judicial District Court
Grayson County, Texas
Trial Court Cause No. CV-20-0984**

## ORDER

Before the Court is appellant's February 10, 2023 unopposed motion for an extension of time to file a petition for permissive appeal. We **GRANT** the motion and extend the time to **February 28, 2023**.

/s/      KEN MOLBERG
          JUSTICE